# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2202
_____

GLENN DAVIS,

    Appellant,

v.

PEI STAFFING LLC, WASTE
MANAGEMENT, INC. OF FLORIDA,

    Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Jack A. Weiss, Judge.

Date of Accident: October 28, 2015.

March 1, 2019


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***
_____

Bill McCabe, Longwood; Wade B. Coye and Atiya T. Munroe of Coye Law Firm, Orlando, for Appellant.

Vanessa J. Johnson and Warren K. Sponsler of Sponsler, Bishop, Koren & Hamer, P.A., Tampa; Robert C. Barrett, Kelley A. Richards, and Gabriela C. Sifontes of Rissman, Barrett, Hurt, Donahue, McClain & Mangan, P.A., Orlando, for Appellees.